# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:12-cr-2-JCM-CWH |
| vs. ) | **ORDER** |
| ELLEN HALL, ) | |
| Defendant. ) | |

This matter comes before the Court on the United States' Motion for Status Conference (#11), filed January 30, 2012.

Counsel for the government has concerns regarding Defendant Ellen Hall's competency to stand trial. Counsel bases these concerns on statements made by defense counsel to government counsel. The government requests a status conference regarding Defendant's competency.

The Court will hear from both government and defense counsel in order to determine "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense." 18 U.S.C. § 4241(a). If such a determination is made, a hearing to determine the mental competency of Defendant will then be warranted and the Court may also order that a competency evaluation of Defendant be conducted prior to the hearing.

**IT IS HEREBY ORDERED** that the United States' Motion for Status Conference (#11) is **granted**. A Status Conference in this matter is set for **February 9, 2012** at **2:00 p.m.** in **Courtroom 3C.** Any response should be filed by **February 7, 2012.**

DATED this 2nd day of February, 2012.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**